FILED USBC NDFL TLMAIL
JAN 31 2025 PM2:08

MIAMI BEACH REGIONAL LIBRARY
Name

Prison Number

~~227 22nd Street~~
~~Miami Beach, FL 33139~~
Address or Place of Confinement

Note: ~~If represented by an attorne~~y, write attorney's name, address & telephone number

# United States District Court

[redacted] DISTRICT OF [redacted] NORTHEN FLORIDA

TASH JERNAZIAN
~~Full Name (First, Middle, Last)~~
Strawman lawyer

Petitioner,

vs.

RAY BAKER
Name of ~~Warden~~ Director
(or other authorized person having custody of petitioner)

Respondent.

CASE NO. 4:25-cv-46 TKW/ZCB
(to be supplied by the Clerk of the United States District Court)

**PETITION FOR**
**WRIT OF HABEAS CORPUS**
**PURSUANT TO 28 U.S.C. § 2241**
**BY A PERSON IN FEDERAL CUSTODY**

PLEASE COMPLETE THE FOLLOWING (check the appropriate number):

This petition concerns:

1.________ a conviction
2.________ a sentence
3.________ jail or prison conditions
4.___α___ prison discipline
5.________ a parole problem
6.________ other

**CAUTION:** If you are attacking a federal conviction, sentence or judgment, you must first file a direct appeal or motion under 28 U.S.C. § 2255 in the federal court which entered judgment.



FILED USDC FLND TL
JAN 31 '25 PM3:29

# PETITION

(1) Place of detention: strawman lawyer currently banned from ability of law library access (legal work).

(2) Name and location of court which imposed sentence: Policy comes down from Miami-~~Dade~~ Dade Public Library System

(3) Form ~~Offense(s) and indictment~~ number(s) (if known) for the sentence imposed: Form # Ø9396

(4) The date the sentence was imposed and the terms of the sentence: January 14, 2025; 7 days

(5) What was your plea (check one): Not guilty ( ) Guilty ( ) Nolo contendere (X)

(6) Kind of trial (check one): Jury ( ) Judge only ( ) Administrative Hearing (optional)

(7) Did you appeal from the judgment of conviction or the imposition of sentence: Yes ( ) No (X)
mailed NOTICE OF INTENT TO SUE

(8) If you did appeal, answer the following for *each* appeal:

FIRST APPEAL:
Name of court: ______
Grounds raised (list each):
1) ______
2) ______

Result/Date of result: ______

SECOND APPEAL:
Name of court: ______
Grounds raised (list each):
1) ______
2) ______

Result/Date of result: ______

## GROUNDS FOR THIS 28 U.S.C. § 2241 PETITION

(9) State *CONCISELY* every ground on which you claim that your sentence is being executed in an illegal manner. Summarize *briefly* the *facts* supporting each ground

**CAUTION:** If you fail to set forth all grounds in this petition, you may be barred from presenting additional grounds at a later date.

➜ **GROUND ONE** DENIAL OF ACCESS TO LAW LIBRARY

Supporting *FACTS* for *GROUND ONE* (tell your story *BRIEFLY* without citing cases or law).

**CAUTION:** You must state *facts, not conclusions,* in support of your grounds. A rule of thumb to follow is -- who did exactly what to violate your rights at what time or place.

Defendant Party was already of NOTICE OF INTENT TO SUE regarding inability to use facilities for legal work, and the lawsuit had in fact been filed prior to date of 7 day "ban". Thus this allegation is basis for lawsuit retaliation, which is an illegal criminal act. Access to law library cannot be hindered, and is a constitutional rights violation.

➜ **GROUND TWO** INABILITY TO ACCESS THE COURTS

Supporting *FACTS* for *GROUND TWO* (tell your story *BRIEFLY* without citing cases or law).

With subsequent internal ban placed on use of library card in internal system, plaintiff is not able to utilize resources to access the courts in order to file proper lawsuits, and this is a constitutional rights violation.

## ADMINISTRATIVE APPEALS

(10) Have you presented the claims raised in Question #9 of this petition to ~~prison~~ officials in a ~~prison~~ administrations appeal?

Yes ( ) No (X) If your answer is no, explain why not: They lack jurisdiction and their policies are illegal.

If your answer is yes, answer the following for *each* administrative appeal:

FIRST ADMINISTRATIVE APPEAL Level of appeal: __________

Grounds raised (list each):

1) __________

2) __________

Result/Date of result: __________

SECOND ADMINISTRATIVE APPEAL Level of appeal: __________

Grounds raised (list each):

1) __________

2) __________

Result/Date of result __________

THIRD ADMINISTRATIVE APPEAL Level of appeal:____________________

Grounds raised (list each):

1) ____________________

2) ____________________

Result/Date of result:____________________

FOURTH ADMINISTRATIVE APPEAL Level of appeal:____________________

Grounds raised (list each):

1) ____________________

2) ____________________

Result/Date of result:____________________

(11) Is the grievance process completed? Yes ( ) No ( )

## PREVIOUS PETITIONS

(12) Have you filed previous petitions for habeas corpus under 28 U.S.C. § 2241 or 28 U.S.C. § 2255, or any other applications, petitions or motions with respect to the claims raised in Question #9 of this petition?

Yes ( ) No ( )

(13) If your answer to Question #12 was yes, give the following information for ***each*** previous petition:

FIRST PREVIOUS PETITION

Name of court:____________________

Nature of proceeding:____________________

Grounds raised (list each):

1) ____________________

2) ____________________

Result/Date of result:____________________

SECOND PREVIOUS PETITION

Name of court:____________________

Nature of proceeding:____________________

Grounds raised (list each):

1) ____________________

2) ____________________

Result/Date of result:____________________

(14) If the claims raised in Question #9 of this petition concern your conviction or sentence, explain why you are filing your petition pursuant to § 2241 instead of § 2255.

____________________

____________________

____________________

____________________

____________________

____________________

(15) Are you presently represented by counsel?

Yes ( ) No (X)

If so, provide your attorney's name, address, and telephone number:

____________________________________________________

____________________________________________________

(16) If you are seeking leave to proceed *in forma pauperis*, have you completed the application setting forth the required information?

Yes (X) No ( )

Note: If your answer is no, you must send a $5.00 filing fee to the court with your petition.

---

WHEREFORE, petitioner prays that the court grant petitioner relief to which he may be entitled in this proceeding.

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct.

January 22, 2025 [signature]

(Date) (Signature of Petitioner) strawman - free persons

____________________________

(Signature of Attorney, if any)

Lake Lewisville Law Firm
12655 N.E. 6th Avenue
North Miami, FL 33161

FOREVER

RECEIVED JAN 31 2025

U.S. Federal Courthouse – Northern Florida
attn: clerk of the courts
110 E. Park Avenue
Suite 100
Tallahassee, FL 32301

01/29