UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

TASH JERNAZIAN,
    Plaintiff,

v.                                  Case No.: 4:25cv46/TKW/ZCB

RAY BAKER,
    Defendant.
_____/

## REPORT AND RECOMMENDATION

On January 31, 2025, Plaintiff mailed in a *pro se* "petition" that the Court construed as a § 1983 complaint. (Docs. 1, 3). The return address on the envelope containing Plaintiff's complaint was Lake Lewisville Law Firm, 12655 NE 6th Avenue, North Miami, FL 33161. (Doc. 1 at 6). But this is an inaccurate address. A search of the address shows that the address is for Truist Bank and a fake law firm named "Semi Truck Accident Lawyer." Indeed, all mail sent to this address has been returned as undeliverable. (Docs. 4, 5). The only other address listed in the complaint is the address for Miami Beach Regional Library, 227 22nd Street, Miami Beach, FL 33139. (*Id*. at 1).

The Court has no address at which it can contact Plaintiff. That makes it impossible for the Court to communicate with Plaintiff as

1

necessary to adjudicate his case. A perfect example of this is the inability of the Court to send the order to Plaintiff directing him to file an *in forma pauperis* application or pay the filing fee in this case. (*See* Doc. 3). Thus, dismissal is warranted. *See Gilbert v. Daniels*, 725 F. App'x 789, 792 (11th Cir. 2018) (affirming the district court's dismissal when the plaintiff failed to update the court of his address change, which prevented him from complying with court orders); *see also Washington v. Escambia Cnty. Jail*, No. 3:22cv4842, 2022 WL 4486079, at *1 (N.D. Fla. June 6, 2022), *adopted by* 2022 WL 4486984 (Sept. 27, 2022) (dismissing complaint where the *pro se* plaintiff failed to provide an accurate mailing address).

For the reasons above, it is respectfully **RECOMMENDED** that Plaintiff's complaint be **DISMISSED without prejudice** for Plaintiff's failure to provide the Court with an accurate mailing address. The Clerk of Court should be directed to close this case.

At Pensacola, Florida this 26th day of February 2025.

/s/ *Zachary C. Bolitho*
Zachary C. Bolitho
United States Magistrate Judge

## **Notice to the Parties**

Objections must be filed within fourteen days of the date of the Report and Recommendation. <u>Any different deadline that may appear on the electronic docket is for the court's internal use only and does not control</u>. An objecting party must serve a copy of the objections on all other parties. A party who fails to object to the magistrate judge's findings or recommendations contained in a report and recommendation waives the right to challenge on appeal the district court's order based on unobjected-to factual and legal conclusions. *See* 11th Cir. Rule 3-1; 28 U.S.C. § 636.