UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

TASH JERNAZIAN,
    Plaintiff,

vs.                                                      Case No.: 4:25cv46/TKW/ZCB

RAY BAKER,
    Defendant.
_____/

## **ORDER**

The magistrate judge issued a Report and Recommendation (Doc. 6) recommending that this case be dismissed based on Plaintiff's failure to provide a proper address for himself in his complaint. Normally, the Court would hold the Report and Recommendation for the 14-day objection period in Fed. R. Civ. P. 72(b)(2), but the Court sees no reason to do so here because every document that has been mailed to Plaintiff thus far has been returned as undeliverable (*see* Docs. 4, 5) and the Court has no reason to believe that Plaintiff will receive the Report and Recommendation.

Accordingly, upon due consideration of the Report and Recommendation and the case file, it is **ORDERED** that:

    1.    The Report and Recommendation is adopted and incorporated by reference in this Order.

2. This case is **DISMISSED without prejudice** based on Plaintiff's failure to provide an address by which the Court can reach him.

3. The Clerk shall enter judgment in accordance with this Order and close the case file.

4. The Clerk shall hold a copy of the Report and Recommendation, this Order, and the judgment at the intake window in the Clerk's Office for a period of 30 days in the event that Plaintiff comes to the courthouse or contacts the Clerk looking for information about this case.

**DONE AND ORDERED** this 3rd day of March, 2025.

_____
**T. KENT WETHERELL, II
UNITED STATES DISTRICT JUDGE**